IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEREMY JAMES WALKER                                                                                    PLAINTIFF

　　　　　　　　v.                               Civil No. 13-2194

JOHNSON COUNTY DETENTION CENTER;
JOHNSON COUNTY DRUG TASK FORCE                                                        DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Jeremy James Walker filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. His complaint was filed *in forma pauperis*. The case was originally filed in the Eastern District of Arkansas and transferred to this district.

At the time he filed the complaint, Plaintiff was an inmate of the Johnson County Detention Center. Plaintiff was advised, as all *pro se* parties are, that he had an obligation to immediately notify the Court of any change in his address.

On August 27, 2013, mail sent to the Plaintiff was returned with a notation that he had been released. Plaintiff has not communicated with the Court. Since August, the Court has not had a current address for the Plaintiff.

I therefore recommend the complaint be dismissed on the grounds Plaintiff has failed to prosecute this action and obey the rules of the Court requiring him to keep the Court informed of his address. *See* Fed. R. Civ. P. 41(b).

**Plaintiff has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of November 2013.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *J. Marschewski*
　　　　　　　　　　　　　　　　　　　　　　　HON. JAMES R. MARSCHEWSKI
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE