IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEREMY JAMES WALKER                                                                                    PLAINTIFF

v.                                              Case No. 2:13-CV-02194

JOHNSON COUNTY DETENTION CENTER;
and JOHNSON COUNTY DRUG TASK FORCE                                            DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 9) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and failure to obey the rules of the Court.

IT IS FURTHER ORDERED that any pending motions are DENIED AS MOOT.

Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of December, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE